| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:17-CR-13 |
| | § | |
| HUGO LEONEL GUTIERREZ-AREVELO, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEAS

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for administration of guilty pleas under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Pleas Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty pleas. He further recommended that the court adjudge the Defendant guilty on Counts Three and Four of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Pleas of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's pleas but defers acceptance of the plea agreement until after review of the presentence report.

It is further **ORDERED** that, in accordance with the Defendant's guilty pleas and the magistrate judge's findings and recommendation, the Defendant, Hugo Leonel Gutierrez-

Arevalo, is adjudged guilty as to Counts Three and Four of the Indictment charging violations of 42 U.S.C § 408(a)(7)(B) and 8 U.S.C. § 1326(a).

SIGNED at Beaumont, Texas, this 24th day of April, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE